Certificate Number: 13858-WIE-DE-041561537

Bankruptcy Case Number: 26-25239

13858-WIE-DE-041561537

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 14, 2026, at 9:39 o'clock PM CDT, Lucas R Dulmes completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Wisconsin.

Date: October 14, 2026

By: /s/Nicholas Tribuzzi

Name: Nicholas Tribuzzi

Title: Counselor